IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

IN RE:                                    )    CASE NO.  10-40717
                                          )
PATSY A. DICRISTOFARO                     )
                                          )    JUDGE   KAY WOODS
                                          )
                    Debtor(s)             )    DIVIDENDS LESS THAN $5.00
                                          )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has dividend

distribution less than $5.00 and has submitted a check herewith payable to Clerk, U.S. Bankruptcy Court,

in the amount of $4.92.

The dividend relates to the following claimants:


Premium Asset Recovery Corp.
PO Box 1810
Warren, MI 48090                    $4.92



**TOTAL:**                          $4.92

2.  My Trustee's check for $4.92 payable to the Clerk of the United States Bankruptcy
Court is attached to this report and list.

DATE: February 15, 2011                   /s/ Michael D. Buzulencia
                                          MICHAEL D. BUZULENCIA
                                          Chapter 7 Trustee
                                          150 E. Market St.
                                          Suite 300
                                          Warren, OH 44481
                                          (330) 392-8551
                                          Fax no. : (330) 392-7030
                                          buzulenciatrustee@mahoningvalleylaw.com
                                          OHIO BAR REG. NO.  0015291